# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADA WILSON and JOSEPH WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:04CV640 |
| vs. ) | |
| ) | ORDER |
| BEL FURY INVESTMENTS GROUP, ) | |
| L.L.C., and SCOTT W. BLOEMER, ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the oral motion of Steven M. Virgil, counsel for plaintiffs, for an extension of the deadline set out in paragraph 2 of the Final Progression Order (#17), from 7/1/2005 to 7/20/2005. On the representation that opposing counsel has no objection,

**IT IS ORDERED:**

1. The oral motion is granted and the plaintiffs' deadline set out in paragraph 2 of the Final Progression Order concerning the disclosure of expert witnesses, is extended to **July 20, 2005.**

2. The defendants' expert witness deadline is extended to **August 20, 2005.**

Dated this 6th day of July 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge