# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADA WILSON and THE ESTATE OF JOSEPH WILSON, | ) ) ) |
| Plaintiffs, | ) )   8:04CV640 |
| vs. | ) )   ORDER ) |
| BEL FURY INVESTMENTS GROUP, LLC (A Nebraska Limited Liability Company) and SCOTT W. BLOEMER, | ) ) ) ) |
| Defendants. | ) |

    Defendants have filed a Motion for Reconsideration (#23) of the court's July 7, 2005 Order (#22) regarding the plaintiff's motion to compel discovery. It was not the court's intention to require defendants to serve answers to Interrogatories Nos. 5, 6, 7, 8 and 11 covering an unlimited time period.

    **IT IS ORDERED** that the Motion for Reconsideration (#23) is granted. Defendants shall serve amended answers to Interrogatories Nos. 5, 6, 7, 8 and 11 on or before July 25, 2005, covering the time period from January 1, 2003 through December 31, 2004.

    **DATED July 19, 2005.**

                                           **BY THE COURT:**

                                           **s/ F.A. Gossett**
                                           **United States Magistrate Judge**