IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ADA WILSON, and THE ESTATE OF JOSEPH WILSON,**          ) ) ) | **CASE NO. 8:04CV640** |
| **Plaintiffs,**          ) ) | **ORDER** |
| **vs.**          ) ) | |
| **BEL FURY INVESTMENTS GROUP, LLC, and SCOTT W. BLOEMER,**          ) ) ) | |
| **Defendants.**          ) | |

This matter is before the Court on the Defendants' Unopposed Motion for an Extension of Time (Filing No. 38). Defendants seek additional time to respond to Plaintiffs' motion for summary judgment and to extend the deadline contained in the Final Progression Order for the filing of motions for summary judgment so that the Defendants may file their own motion out of time. The Defendants seek an additional 14 days to respond to Plaintiffs' motion, and an additional 25 days past the November 10, 2005, deadline in the Final Progression Order (Filing No. 29), to file their own motion for summary judgment.

The Defendants provide no explanation for their failure to file their motion for summary judgment in a timely manner. In fact, there is no mention of the November 10, 2005, deadline in the Defendants' motion for an extension of time. I also note that the motion was filed six days after the November 10, 2005, deadline expired. Because the Court can accommodate the requested extension, and because the Plaintiffs do not object, the motion will be granted. In the future, however, counsel should make reference to Court-imposed deadlines in any motion seeking to extend them.

IT IS ORDERED:

1. The Defendants' Unopposed Motion for an Extension of Time (Filing No. 38) is granted;

2. Defendants shall file their own motion for summary judgment, evidence, and supporting brief, if any, on or before Monday, December 5, 2005; and

3. Defendants shall file their response to Plaintiffs' motion for summary judgment on or before Monday, December 5, 2005.

Dated this 30th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge