IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADA WILSON, and JOSEPH WILSON,<br><br>Plaintiffs,<br><br>V.<br><br>BEL FURY INVESTMENTS GROUP,<br>and SCOTT W. BLOEMER,<br><br>Defendants. | 8:04CV640<br><br>ORDER |

    This matter is before the court on the motion to withdraw as defense counsel filed by Betty Egan, Mark Weber, and the law firm of Walentine, O'Toole, McQuillan & Gordon (#45). The record shows that substitute counsel have entered an appearance on behalf of all defendants. Accordingly,

    **IT IS ORDERED** that the motion (#45) is granted, and Betty Egan, Mark Weber, and the law firm of Walentine, O'Toole, McQuillan & Gordon may withdraw as counsel for the defendants.

    **DATED December 5, 2005.**

                                       **BY THE COURT:**

                                       **S/ F.A. Gossett**
                                       **United States Magistrate Judge**