IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADA WILSON and THE ESTATE OF JOSEPH WILSON, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV640 |
| vs. | ) ) ) | ORDER |
| BEL FURY INVESTMENTS GROUP, LLC (A Nebraska Limited Liability Company) and SCOTT W. BLOEMER, | ) ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on defendants' amended motion for extended deadlines (#43). Defendants request an additional 30 days to amend Rule 26 disclosures, file witness lists, and conduct any depositions not yet completed.

    Plaintiffs object to this request (*see* #50), noting that the defendants have not conducted any discovery since an amended progression order was entered on August 16, 2005 setting a deposition deadline of October 25, 2005.

    In addition to sustaining plaintiff's meritorious objections, I find that the defendants have not shown good cause for reopening discovery or extending any of the remaining progression order deadlines. Accordingly,

    **IT IS ORDERED** that defendants' motion (#43) is denied.

    **DATED December 15, 2005.**

                             **BY THE COURT:**

                             **s/ F.A. Gossett**
                             **United States Magistrate Judge**