IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADA WILSON, et al., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BEL FURY INVESTMENTS GROUP, )<br>L.L.C., and SCOTT W. BLOEMER, )<br>)<br>Defendants. ) | Case No. 8:04cv640<br><br>**ORDER** |

Upon notice of settlement given to the magistrate judge by Steve Virgil and James Cann, counsel for the parties,

**IT IS ORDERED:**

1. On or before **April 3, 2006,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for March 2, 2006, is cancelled upon the representation that this case is settled.

Dated this 2nd day of March 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge