IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ADA WILSON and the ESTATE OF JOSEPH WILSON, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV640 |
| vs. | ) ) | ORDER |
| BEL FURY INVESTMENTS GROUP, LLC, and SCOTT W. BLOEMER, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs request an extension of time to August 7, 2006 to submit settlement documents. For good cause shown, and upon the representation that there is no objection,

**IT IS ORDERED** that the Motion to Extend Deadline [69] is granted, as follows:

1. The parties are given until and including **August 7, 2006** to file a joint stipulation for dismissal (or other dispositive stipulation), together with submitting to Judge Smith Camp, at smithcamp@ned.uscourts.gov a draft order which will fully dispose of the case.

2. If the parties are unable to comply with the August 7, 2006 deadline, they shall contact chambers (402-661-7340) before August 7, 2006 to schedule a status conference with the undersigned.

**DATED July 5, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**