## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADA WILSON, and THE ESTATE OF JOSEPH WILSON, | CASE NO. 8:04CV640 |
| Plaintiffs, | |
| | ORDER OF DISMISSAL |
| vs. | |
| BEL FURY INVESTMENTS GROUP, LLC, and SCOTT W. BLOEMER, | |
| Defendants. | |

This matter is before the Court on the Stipulation and Joint Motion for Dismissal with Prejudice (Filing No. 71). The joint motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii), and I find that it should be granted. Accordingly,

IT IS ORDERED:

1. The Stipulation and Joint Motion for Dismissal with Prejudice (Filing No. 71) is granted;

2. The Amended Complaint (Filing No. 57) and all claims are dismissed with prejudice; and

3. The parties shall pay their own costs and attorney's fee.

Dated this 9th day of August, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge